IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

**FILED**

MAR 27 2013

Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| YOUNG YIL JO,<br><br>    Plaintiff,<br><br>vs.<br><br>SIX UNKNOWN NAMES AGENTS or MR. PRESIDENT OF THE UNITED STATES BARACK OBAMA,<br><br>    Defendants. | CV 13-46-M-DWM-JCL<br><br><br>ORDER |

Before the Court are the findings and recommendations of United States Magistrate Judge Jeremiah C. Lynch. As explained by Judge Lynch, Plaintiff Young Yil Jo has exceeded the three strikes allowed by the Prison Litigation Reform Act as to a prisoner seeking to proceed *in forma pauperis* in a federal civil lawsuit. Accordingly, his case cannot proceed unless he can show he demonstrates "imminent danger of serious physical injury." 28 U.S.C. § 1915(g). His complaint does not support such a finding.

Therefore, IT IS ORDERED that Judge Lynch's findings and recommendations (doc. 2) are ADOPTED IN FULL.

IT IS FURTHER ORDERED that Plaintiff shall not be allowed to proceed

*in forma pauperis*. The Clerk of Court is directed to close the case and enter judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DATED this 27th day of March, 2013.

_____
Donald W. Molloy, District Judge
United States District Court